IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TRAMAINE TURNER o/b/o<br>HASSAN TURNER | )<br>)<br>) | |
| Plaintiff, | ) | CIVIL ACTION NO. 1:04cv986-M |
| | ) | [WO] |
| v. | )<br>) | |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | )<br>)<br>) | |
| Defendant. | ) | |

**ORDER AND FINAL JUDGMENT**

In accordance with the memorandum opinion entered herewith, it is hereby ORDERED that the decision of the Commissioner is REVERSED and REMANDED.

DONE this 20th day of July 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE